<u>**NOT FOR PUBLICATION**</u>   (Doc. Nos. 7, 8)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| NI-SHON LATIA LAWTON BEY, | : : : : |
| Plaintiff, | : Civil No. 10-5609 (RBK/AMD) |
| v. | : **ORDER** |
| CLEMENTON ELEMENTARY SCHOOL/DISTRICT and ATLANTIC COUNTY GOVERNMENT OF NEW JERSEY, William E. Sherer, and Sharon Paisley, | : : : : : |
| Defendants. | : |

**THIS MATTER** having come before the Court upon the motions by Defendants Clementon Elementary, the Superior Court of New Jersey, Atlantic County, and Judge Mark H. Sandson to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), (Doc. Nos. 7, 8); and the Court having considered the moving papers and the responses thereto; and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Defendants' motions to dismiss are **GRANTED**.


Date:   7/21/2011                                                   /s/ Robert B. Kugler
                                                                    ROBERT B. KUGLER
                                                                    United States District Judge

1